UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARVIN J. PITSLEY,

                      Plaintiff,

v.

GLENN S. GOORD, LUCIEN J. LeCLAIRE,
DONALD SELSKY, VICTOR HERBERT,
RANDY JAMES, LT. T. DIXON,
C.O. GARY PRITCHARD and R. TARGASZEWSKI,

                      Defendants.

**DECISION
and
ORDER**

04-CV-768S(F)

By motion filed September 25, 2007, Plaintiff moves for an order to enforce a settlement (Doc. No. 65) ("Plaintiff's Motion"). In opposition, Defendants filed, on October 12, 2007, the Declaration of Kim S. Murphy, Assistant New York Attorney General, along with a copy of the Stipulation of Settlement and Order of Dismissal ("Murphy Declaration"), ("Defendants' Exhibit A"), ("Settlement Agreement") (Doc. No. 67), and the Declaration of Colin Campbell, Senior Budget Analyst, New York State Office of the Comptroller (Doc. No. 68) ("Campbell Declaration"). Plaintiff's Reply was filed October 19, 2007 (Doc. No. 70) ("Plaintiff's Reply"). Oral argument was deemed unnecessary. Based on its review of Plaintiff's Motion and Defendants' Declarations, the court finds Plaintiff has received slightly more than the full amount of the settlement to which he is entitled under paragraph 6 of the Settlement Agreement, including interest as applicable. Murphy Declaration ¶ 5; Campbell Declaration ¶ 4.[1]

---

[1] The court notes that the interest rate under 28 U.S.C. § 1961, as provided by the Settlement Agreement, applicable to delayed payment of the settlement amount of $3,000 was 4.91%. *See* attached. Calculated on the basis of .00013% per day for 27 days of overdue payment, Plaintiff was thus entitled to $10.80 in interest. Plaintiff was in fact paid interest in the amount of $10.85.

Accordingly, Plaintiff's motion is moot, and is therefore DISMISSED.

SO ORDERED.

/s/ Leslie G. Foschio
_____
LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dated: October 25th, 2007
       Buffalo, New York

# FEDERAL RESERVE statistical release



**H.15 (519) SELECTED INTEREST RATES**
Yields in percent per annum

For use at 2:30 p.m. Eastern Time
May 14, 2007

| Instruments | 2007 May 7 | 2007 May 8 | 2007 May 9 | 2007 May 10 | 2007 May 11 | Week Ending May 11 | Week Ending May 4 | 2007 Apr |
|---|---|---|---|---|---|---|---|---|
| Federal funds (effective)[1][2][3] | 5.24 | 5.21 | 5.21 | 5.25 | 5.27 | 5.23 | 5.25 | 5.25 |
| Commercial Paper[3][4][5] | | | | | | | | |
|   Nonfinancial | | | | | | | | |
|     1-month | 5.22 | 5.19 | 5.20 | 5.20 | 5.22 | 5.21 | 5.22 | 5.23 |
|     2-month | 5.20 | 5.21 | 5.19 | 5.19 | 5.19 | 5.20 | 5.23 | 5.21 |
|     3-month | 5.17 | 5.18 | 5.17 | 5.18 | 5.17 | 5.17 | 5.18 | 5.20 |
|   Financial | | | | | | | | |
|     1-month | 5.24 | 5.25 | 5.25 | 5.24 | 5.23 | 5.24 | 5.24 | 5.24 |
|     2-month | 5.23 | 5.23 | 5.22 | 5.22 | 5.23 | 5.23 | 5.24 | 5.24 |
|     3-month | 5.23 | 5.21 | 5.23 | 5.23 | 5.23 | 5.23 | 5.23 | 5.23 |
| CDs (secondary market)[3][6] | | | | | | | | |
|   1-month | 5.28 | 5.28 | 5.28 | 5.29 | 5.28 | 5.28 | 5.28 | 5.29 |
|   3-month | 5.31 | 5.31 | 5.31 | 5.31 | 5.31 | 5.31 | 5.31 | 5.31 |
|   6-month | 5.31 | 5.31 | 5.31 | 5.32 | 5.30 | 5.31 | 5.31 | 5.31 |
| Eurodollar deposits (London)[3][7] | | | | | | | | |
|   1-month | 5.30 | 5.32 | 5.32 | 5.30 | 5.30 | 5.31 | 5.32 | 5.31 |
|   3-month | 5.32 | 5.35 | 5.35 | 5.32 | 5.32 | 5.33 | 5.35 | 5.34 |
|   6-month | 5.35 | 5.35 | 5.35 | 5.34 | 5.32 | 5.34 | 5.35 | 5.34 |
| Bank prime loan[2][3][8] | 8.25 | 8.25 | 8.25 | 8.25 | 8.25 | 8.25 | 8.25 | 8.25 |
| Discount window primary credit[2][9] | 6.25 | 6.25 | 6.25 | 6.25 | 6.25 | 6.25 | 6.25 | 6.25 |
| U.S. government securities | | | | | | | | |
|   Treasury bills (secondary market)[3][4] | | | | | | | | |
|     4-week | 4.65 | 4.66 | 4.65 | 4.67 | 4.65 | 4.66 | 4.64 | 4.89 |
|     3-month | 4.77 | 4.76 | 4.74 | 4.73 | 4.73 | 4.75 | 4.77 | 4.87 |
|     6-month | 4.83 | 4.82 | 4.79 | 4.75 | 4.72 | 4.78 | 4.82 | 4.86 |
|   Treasury constant maturities | | | | | | | | |
|     Nominal[10] | | | | | | | | |
|       1-month | 4.76 | 4.76 | 4.75 | 4.77 | 4.75 | 4.76 | 4.74 | 4.99 |
|       3-month | 4.89 | 4.90 | 4.88 | 4.87 | 4.87 | 4.88 | 4.90 | 5.01 |
|       6-month | 5.03 | 5.02 | 4.99 | 4.95 | 4.91 | 4.98 | 5.02 | 5.07 |
|       1-year | 4.92 | 4.91 | 4.90 | 4.86 | 4.85 | 4.89 | 4.90 | 4.93 |
|       2-year | 4.68 | 4.68 | 4.73 | 4.70 | 4.71 | 4.70 | 4.65 | 4.67 |
|       3-year | 4.58 | 4.58 | 4.64 | 4.60 | 4.62 | 4.60 | 4.58 | 4.60 |
|       5-year | 4.55 | 4.54 | 4.58 | 4.56 | 4.58 | 4.56 | 4.55 | 4.59 |
|       7-year | 4.57 | 4.56 | 4.60 | 4.58 | 4.60 | 4.58 | 4.58 | 4.62 |
|       10-year | 4.64 | 4.63 | 4.67 | 4.65 | 4.67 | 4.65 | 4.65 | 4.69 |
|       20-year | 4.86 | 4.87 | 4.91 | 4.90 | 4.92 | 4.89 | 4.89 | 4.95 |
|       30-year | 4.79 | 4.80 | 4.83 | 4.83 | 4.85 | 4.82 | 4.82 | 4.87 |
|     Inflation indexed[11] | | | | | | | | |
|       5-year | 2.18 | 2.16 | 2.20 | 2.15 | 2.20 | 2.18 | 2.10 | 2.12 |
|       7-year | 2.21 | 2.21 | 2.24 | 2.20 | 2.23 | 2.22 | 2.15 | 2.20 |
|       10-year | 2.27 | 2.27 | 2.29 | 2.27 | 2.30 | 2.28 | 2.22 | 2.26 |
|       20-year | 2.36 | 2.37 | 2.39 | 2.38 | 2.41 | 2.38 | 2.33 | 2.35 |
|   Inflation-indexed long-term average[12] | 2.35 | 2.35 | 2.38 | 2.37 | 2.40 | 2.37 | 2.31 | 2.34 |
| Interest rate swaps[13] | | | | | | | | |
|   1-year | 5.32 | 5.32 | 5.32 | 5.34 | 5.32 | 5.32 | 5.32 | 5.30 |
|   2-year | 5.08 | 5.08 | 5.08 | 5.12 | 5.08 | 5.09 | 5.08 | 5.06 |
|   3-year | 5.01 | 5.01 | 5.01 | 5.05 | 5.00 | 5.02 | 5.01 | 5.01 |
|   4-year | 5.01 | 5.00 | 5.01 | 5.04 | 5.00 | 5.01 | 5.01 | 5.02 |
|   5-year | 5.02 | 5.02 | 5.03 | 5.06 | 5.01 | 5.03 | 5.04 | 5.05 |
|   7-year | 5.08 | 5.07 | 5.08 | 5.11 | 5.07 | 5.08 | 5.10 | 5.12 |
|   10-year | 5.17 | 5.17 | 5.18 | 5.20 | 5.17 | 5.18 | 5.20 | 5.21 |
|   30-year | 5.37 | 5.36 | 5.38 | 5.40 | 5.38 | 5.38 | 5.40 | 5.42 |
| Corporate bonds | | | | | | | | |
|   Moody's seasoned | | | | | | | | |
|     Aaa[14] | 5.41 | 5.42 | 5.42 | 5.41 | 5.43 | 5.42 | 5.40 | 5.47 |
|     Baa | 6.28 | 6.29 | 6.32 | 6.31 | 6.33 | 6.31 | 6.31 | 6.39 |
| State & local bonds[15] | | | | | 4.24 | | 4.24 | 4.25 | 4.26 |
| Conventional mortgages[16] | | | | | 6.15 | | 6.15 | 6.16 | 6.18 |

See overleaf for footnotes.